```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20561
   TEDDY A GREEN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-5992


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/02/07 and confirmed on 06/27/08.

   2.  The case was dismissed after confirmation, 10/03/2008.

   3.  The Debtor paid a total of $   4130.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG         .00            .00           .00
BANK OF NEW YORK           MORTGAGE ARRE         .00            .00           .00
SAXON MORTGAGE SERVICES    SECURED               .00            .00           .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE     2788.67            .00           .00
HSBC AUTO FINANCE          SECURED VEHIC     9715.00          24.73        2556.74
GREAT LAKES CREDIT UNION   SECURED VEHIC         .00            .00           .00
BANK ONE                   UNSECURED       NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         633.86             .00           .00
CORPORATE COLLECTIONS      UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         730.05             .00           .00
ISPC                       UNSECURED        5155.64             .00           .00
LAKE COUNTY COLLECTOR      SECURED               .00            .00           .00
HSBC AUTO FINANCE          UNSECURED        3397.04             .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12503.67        .00      9916.59          .00        22420.26
PRINCIPAL PAID       2556.74        .00          .00          .00         2556.74
INTEREST PAID          24.73        .00          .00          .00           24.73
TOTAL PAID           2581.47        .00          .00          .00         2581.47
The Debtor's attorney, DANIEL J WINTER              , was allowed $   3500.00
and was paid $    646.00  direct and $   1316.66  through the plan.

The Trustee received $     231.87 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 01/20/09                             /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                                    PAGE   2
        CASE NO. 07 B 20561 TEDDY A GREEN